CURTIS STEVENSON V. THE STATE.

No. 21113. Delivered June 5, 1940.

The opinion states the case.

No attorney for appellant.

*Lloyd W. Davidson*, State's Attorney, of Austin, for the State.

CHRISTIAN, Judge.

Conviction for a misdemeanor; punishment being assessed at a fine of $100.00.

The transcript fails to embrace a judgment of conviction. In the absence of such judgment this court is without jurisdiction.

The appeal is dismissed.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.